*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*

★ ★ ★ ★ ★ ★ ★

## MEMORANDUM OPINION

No. 04-09-00171-CR

**IN RE** Adam S. **DELGADO**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
              Phylis Speedlin, Justice
              Marialyn Barnard, Justice

Delivered and Filed:   April 8, 2009

PETITION FOR WRIT OF MANDAMUS DENIED

On March 23, 2009, relator Adam S. Delgado filed a petition for writ of mandamus, complaining of the trial court's failure to rule on various *pro se* pretrial petitions for writ of habeas corpus filed in the trial court. Relator alleges that in his *pro se* petitions for writ of habeas corpus he complains that his bail is excessive. However, relator has been appointed counsel to represent him in the criminal proceeding pending in the trial court for which he is currently confined. A criminal defendant is not entitled to hybrid representation. *See Robinson v. State*, 240 S.W.3d 919, 922 (Tex. Crim. App. 2007); *Patrick v. State*, 906 S.W.2d 481, 498 (Tex. Crim. App. 1995). A trial

---

[1] This proceeding arises out of Cause Nos. 2009-CR-1078 and 2009-CR-1079, styled *State v. Adam Delgado*, pending in the 227th Judicial District Court, Bexar County, Texas, the Honorable Philip Kazen presiding.

court has no legal duty to rule on *pro se* motions or petitions filed with regard to a criminal proceeding in which the defendant is represented by counsel. *See Robinson*, 240 S.W.3d at 922. Consequently, the trial court did not abuse its discretion by declining to rule on relator's *pro se* petitions for writ of habeas corpus that relate directly to his confinement based on the criminal proceeding pending in the trial court. Therefore, we conclude that relator has not shown himself entitled to mandamus relief. Accordingly, the petition is denied. Tex. R. App. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH